Tena, Alfredo BK#230311009
Name and Prisoner/Booking Number

Pima County Jail
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfredo miguel Tena Jr.,
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) Maribel Goodman,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-514-TUC-SHR(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☑ Other: 42 U.S.C.S. 1983

2.  Institution/city where violation occurred: Tucson, Pima County

Revised 5/1/2013                    1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: *Maribel Goodman*           . The first Defendant is employed as:
   *Deputy County Attorney*           at *Pima County Attorneys office* .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? *4* . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *Alfredo Tena* v. *Joshua Krause, et al.,*
      2. Court and case number: *CV-23-00402-Tuc-SHR (PSoT)* .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Still Pending*
         .

   b. Second prior lawsuit:
      1. Parties: *Alfredo Tena* v. *Christopher Oliver, et al.,*
      2. Court and case number: *CV-23-00416-Tuc-SHR (PSoT)* .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Still Pending*
         .

   c. Third prior lawsuit:
      1. Parties: *Alfredo Tena* v. *Arizona, State of, et al.,*
      2. Court and case number: *CV-23-00425-Tuc-SHR (PSoT)* .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         *Dismissed with LEAVE TO AMEND* .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

Fourth Prior Lawsuit:
1. Parties: Alfredo Tena V. Thomas S Larison
2. Court and case number: CV-23-00475-Tuc-SHR(PSOT)
3. Result: Still Pending.

2A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _14th Amendment_

2. **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities     ☐ Mail     ☒ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: _Due process clause_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Maribel Goodman deprived me of the equal Protection of my Due Process Clause, while I was a shooting victim on September 2nd, 2022, who was unable to identify the person who shot me and I did not want to assist in Police investigations, officer Ryan Berra retaliated against me by incriminating me and charging me in CR20231161, and making a false pre-trial testimonial statement that I shot myself, because of his bias towards me for being a Felon and my refusal to assist him in his investigation.    Maribel Goodman deliberately deprived me of my victims rights and equal Protection Due process clause by signing a document which stated that she agrees on behalf of the state that a conviction against me was in the interest of Justice even though it was easily discoverable throughout the reports and other forms of evidence that my victims rights and Due process rights were violated by an officer who retaliated against me for me being a victim of a shooting, and refusing to assist him in his investigation. Maribel Goodman deprived me of my Liberty and Due process rights_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _The loss of my Liberty, and months of my mortal life, the inability to earn money.   Severe mental and emotional distress_

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☒ No

   b. Did you submit a request for administrative relief on Count I?     ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _This is the only remedy available to me for this matter at this time._

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail          ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                            ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?              ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?     ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities       ☐ Mail            ☐ Access to the court       ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion       ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?     ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

That Maribel Goodman be investigated by the Department of Justice for Similar violations against other united states citizens.

and also that maribel Goodman Pay to me, 300,000.00 three hundred thousand dollars and zero cents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-4-23
          DATE

                                    SIGNATURE OF PLAINTIFF

Alfredo Miguel Tena Jr.
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Pro Se
(Signature of attorney, if any)


(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6