Pima County Jail Indigent Mail
Name: Alfredo Tena
Booking #: 23031009
Pod Location: 3C-25
P.O. Box 951
Tucson, AZ 85702



RECEIVED
NOV 13 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

PHOENIX AZ 852
7 NOV 2023 PM 9 L

neopost 11/07/2023
US POSTAGE $000.87
FIRST-CLASS MAIL
ZIP 85701
041M12250950

U.S. District court clerk
U.S. Courthouse, Suite 1500
405 West Congress Street
Tucson, AZ 85701-5010

85701-509999